Central Scientific Company, appellant, v. Rogers Park Hospital, appellee. Gen. No. 33,613.

Opinion
filed January 6, 1930.

Culver, Andrews & King, for appellant; William B. Gilmore, of counsel. McCormick, Octigan, Kirk & Stone, for appellee; Howard H. McCormick, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.